UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10040
_____

IN THE MATTER OF: BILLY RAY DELP, JR.,

                                                        Debtor.

HBF FINANCIAL, LTD.,

                                                        Appellee,

                            versus

BILLY RAY DELP, JR.,

                                                        Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
(4:96-CV-235-Y)
_____

December 14, 1999

Before JONES, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        This court has carefully considered the briefs, oral
arguments of counsel, and the lower courts' orders in order to
determine whether we have appellate jurisdiction.  The parties are
well aware of this court's settled jurisprudence that when a
district court, sitting in review of a bankruptcy court judgment,
remands the case to the bankruptcy court for significant further
proceedings, this court lacks jurisdiction over the district
court's order.  See, e.g., Beal Bank, S.S.B. v. Caddo Parish-Villas

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

South, Ltd., (<u>Matter of Caddo Parish-Villas South, Ltd.</u>), 174 F.3d 624 (5th Cir. 1999).  Viewed in light of this jurisprudence, it appears to us that the district court's opinion on appeal intended to remand this case for some type of significant further proceedings in the bankruptcy court.  This conclusion is reinforced by the district court's pointed reference to the fact that the bankruptcy court "did not base its ruling on any of the other arguments raised in Delp's brief."

Accordingly, this appeal is <u>DISMISSED</u> for lack of jurisdiction.